```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MCKISSOCK & HOFFMAN, P.C.,     :    CIVIL ACTION
et al.                         :
               v.              :
                               :
MARCIA WALDRON, et al.         :    NO. 10-7108
```

ORDER

AND NOW, this 4th day of August, 2011, upon consideration of the defendants' Motion to Dismiss (Docket No. 7), and the opposition and reply thereto, and oral argument on July 25, 2011, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendant's motion is GRANTED.  This case is dismissed.

```
                         BY THE COURT:


                         /s/ Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.
```